KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MARC A. WALLENSTEIN #10456
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:   (808) 541-2850
Facsimile:   (808) 541-2958
E-Mail:   Marc.Wallenstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 13 2018
at 10 o'clock and 32 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAG. NO. 18-0889 KSC |
| | ) |
| Plaintiff, | ) CRIMINAL COMPLAINT; |
| | ) AFFIDAVIT IN SUPPORT OF |
| vs. | ) CRIMINAL COMPLAINT |
| | ) |
| ANTHONY NIEDERREITER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

## COUNT 1

On or about the 11th day of August, 2018, in the District of Hawaii and

elsewhere, the defendant, ANTHONY NEIDERREITER, on an aircraft in the special aircraft jurisdiction of the United States, namely Hawaiian Airlines flight 42 outbound from Kahului Airport, Maui (OGG) to San Francisco International Airport (SFO), did knowingly interfere and attempt to interfere with the performance of the duties of: Jamie A. Yoshioka, Elizabeth Ah-Loy, Jessica Kaneshiro, and Harry Raikes, each a flight crew member or flight attendant of the aircraft, and lessen the ability of those members and attendants to perform those duties, by intimidating the flight attendants and flight crew members by, specifically: yelling and cursing at flight attendants and passengers; refusing to follow the instructions of flight attendants, including by refusing requests to calm down; kicking the bulkhead; and being obnoxious and belligerent towards flight attendants, all while intoxicated and under the influence of alcohol.

      All in violation of Section 46504 of Title 49 of the United States Code.

//
//
//
//
//
//
//
//
//

I further state that I am a Special Agent of the Federal Bureau of Investigations, and that this Complaint is based upon the facts set forth in the attached "Affidavit in Support of Criminal Complaint", which is incorporated herein by reference.

_____
Liam McGrail
Special Agent-FBI

DATED:    August 13, 2018, at Honolulu, Hawaii